LILIAN G. TSANG, SBN 260460
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
Tel: (209) 576-1954
Fax: (209) 576-7984
Email: info@mod13.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>MARK O DOYON<br><br>Debtor. | Case No. 2025-23107 |

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed on June 23, 2025, has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtors' address;

2. The Debtor shall immediately notify the Trustee, in writing, of any termination, reduction of, or other change in the employment of the Debtor; and

3. The Debtor shall appear in court whenever notified to do so by the Court.

**IT IS FURTHER ORDERED** that the attorney's fees for the Debtor's attorney in the full amount of $12,000.00 are approved, $2,000.00 of which was paid prior to the filing of the petition. The balance of $10,000.00, provided that the attorney and Debtors have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments in compliance with Local Bankruptcy Rule 2016-1.

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows: N/A.

Date: 8-22-25

_____
Approved by Seth L. Hanson
Attorney for Debtors

Date:    8/22/2025

/s/ Lilian G. Tsang
_____
Approved by the Chapter 13 Trustee as to form

BY THE COURT

**Dated:** August 24, 2025

_____
Christopher D. Jaime, Judge
United States Bankruptcy Court